```
FILED
APR 25 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          R/a         DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br><br>SHANNON MOORE DEVANE,<br><br>  Defendant. | Case No. 19cr1420-BAS<br><br>INFORMATION<br><br>Title 18, United States Code, Section 371 – Conspiracy |

The United States charges:

### COUNT 1
### CONSPIRACY
### 18 U.S.C. § 371

Beginning no later than March 2014 and continuing through at least August 2015, within the Southern District of California and elsewhere, defendant SHANNON MOORE DEVANE did knowingly and intentionally conspire with PAUL TURLEY, MUNIR UWAYDAH, WENDEE LUKE, STEVEN RIGLER (all charged elsewhere) and others to use facilities in interstate commerce with the intent to promote, manage, establish, carry on, distribute the proceeds of, and facilitate the promotion, management, establishment, carrying on, and distribution of the proceeds of an unlawful activity, that is, bribery in violation of California Labor Code Sections 139.3, 139.32, and 3215, California Business and Professions Code Section 650, and California Insurance Code Section 750, and thereafter, performed and

attempted to perform an act to promote, manage, establish, carry on, distribute the proceeds of, and facilitate the promotion, management, establishment, carrying on, and distribute the proceeds of said unlawful activity, in violation of Title 18, United States Code, Sections 1952(a)(1)(A), (a)(3)(A), and (2), and that, as an overt act in furtherance of the conspiracy, defendant SHANNON MOORE DEVANE delivered $10,000 in cash to Dr. Steven Rigler in a parking lot on or about April 23, 2015.

All in violation of Title 18, United States Code, Section 371.

DATED: 4/17/2019

ROBERT S. BREWER, JR.
United States Attorney

*/s/ Valerie H. Chu*
VALERIE H. CHU
Assistant U.S. Attorney