UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19cr1420-BAS |
| v. | **NOTICE OF RELATED CASE** |
| SHANNON MOORE DEVANE, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to *United States v. Martinez, et al*, Case No. 15CR2821-BAS, and *United States v. Rigler*, 15CR2773-BAS, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

\_\_\_\_ (1) More than one indictment or information is filed or pending against the same defendant or defendants.

_X_ (2) Prosecution against different defendants arises from:

    \_\_\_\_ (a) A common wiretap

    \_\_\_\_ (b) A common search warrant

    _x_ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: 4/17/19 .

ROBERT S. BREWER, JR.
United States Attorney